AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)  ☐ Original  ☐ Duplicate Original

```
LODGED
CLERK, U.S. DISTRICT COURT
10/9/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RYO___ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
Central District of California

```
FILED
CLERK, U.S. DISTRICT COURT
October 9, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CLD___ DEPUTY
```

United States of America

v.

Daniel Collazo Jr.,

Defendant(s)

Case No. 2:25-mj-06305-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of On August 8, 2025, in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Firearms |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Hugo Pang
Complainant's signature

Hugo Pang, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: October 9, 2025

Judge's signature

City and state: Los Angeles, California

Hon. Alka Sagar, U.S. Magistrate Judge
Printed name and title

AUSA: Diane Roldán (x6567)

**AFFIDAVIT**

I, Hugo Pang, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint against and arrest warrant for Daniel Collazo Jr. ("COLLAZO Jr.") for a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms.

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and have been so employed since December 2023. I am a graduate of the Federal Law Enforcement Training Center ("FLETC") in Glynco, Georgia, and have completed specialized training at the ATF National Academy's Special Agent Basic Training course. I have received training in federal firearms and narcotics laws, narcotics identification, confidential

source handling, and various surveillance and investigative techniques.  I am currently assigned to the ATF Los Angeles Field Division, Los Angeles Group I Field Office, in Los Angeles, California.

    4.   Prior to becoming an ATF Special Agent, I was employed with the Los Angeles Police Department ("LAPD") for approximately eight years.  During my tenure at the LAPD, I was a patrol officer at the Central, Hollywood and Rampart Divisions.  I conducted numerous firearms, narcotics, gang and violent crime investigations and arrests.  As part of my tenure as an LAPD officer, I also became familiar with the illicit ways in which firearms and controlled substances are acquired, distributed, and sold.

### III. SUMMARY OF PROBABLE CAUSE

    5.   On August 8, 2025, COLLAZO Jr. was driving in Lakewood, CA, when he was stopped by Los Angeles Sheriff's Department ("LASD") deputies for a traffic violation.

    6.   During the traffic stop, deputies saw a firearm case labeled "GLOCK" in plain view on the front passenger floorboard.  Inside was a Glock pistol.  Upon searching the car, deputies recovered an additional ten AK-style rifles from the car's backseat.

    7.   An ATF agent reviewed photographs of the Glock and determined that it was manufactured outside of the state of California.  COLLAZO Jr. has been convicted of at least four felonies.

## IV. STATEMENT OF PROBABLE CAUSE

8. Based on my review of law enforcement reports and body-worn camera footage, my conversations with other law enforcement agents, and my own knowledge of this investigation, I am aware of the following:

### A. LASD Conducts a Traffic Stop of COLLAZO Jr.'s Vehicle and Finds Multiple Firearms Inside

9. On the afternoon of August 8, 2025, LASD Deputies Galindo and Hernandez were conducting patrol in full uniform and in a marked police vehicle in the area of 500 Lakewood Center Mall in Lakewood, California.

10. While the deputies were driving northbound on Graywood Avenue and approaching D Street, they saw a white 2022 Chevrolet Silverado pickup bearing California license plate 78312D4 ("the pickup") traveling westbound on D Street toward Graywood Avenue. The deputies observed a male driver, later identified as COLLAZO Jr., using a mobile phone while operating a motor vehicle in violation of California Vehicle Code § 23123.5.

11. The deputies conducted a traffic stop of the pickup. The driver and a female passenger (R.T., the pickup's registered owner) were the pickup's only occupants.

12. Deputy Galindo told COLLAZO Jr. he had seen COLLAZO Jr. using his phone while driving. COLLAZO Jr. responded that he was talking to his mom on the phone. Deputy Galindo then asked COLLAZO Jr. if he had a valid driver's license; COLLAZO Jr. responded that he did not. At that point, Deputy Galindo

asked COLLAZO Jr. to exit the pickup and temporarily detained him.

13. Deputy Hernandez then asked the front passenger, R.T., to exit the pickup. As R.T. exited, Deputy Hernandez saw a Glock gun case in plain view on the front passenger floorboard. R.T. was detained pending a firearms investigation.

14. The following is an image from Deputy Hernandez's body worn camera footage showing the Glock gun case, with the "GLOCK" lettering:



15. Deputies recovered the unlocked Glock case. Inside was an unloaded Glock 42 .380 ACP caliber pistol bearing serial number AKLC667.

16. Deputies then searched the pickup. On the rear passenger seat, in a black duffel bag, deputies recovered ten AK-type rifles:

| Make | Model | Caliber | Serial Number |
|---|---|---|---|
| Century Arms | VSKA | 7.62x39 mm | SV7160248 |
| Century Arms | VSKA | 7.62x39 mm | SV7160393 |
| Century Arms | VSKA | 7.62x39 mm | SV7160268 |
| Century Arms | VSKA | 7.62x39 mm | SV7159935 |
| Century Arms | VSKA | 7.62x39 mm | SV7156481 |
| Century Arms | VSKA | 7.62x39 mm | SV7160472 |
| Century Arms | BFT47 | 7.62x39 mm | BFT47025692 |
| Riley Defense | RAK47 | 7.62x39 mm | B63333 |
| Riley Defense | RAK47 | 7.62x39 mm | B63663 |
| Riley Defense | RAK47 | 7.62x39 mm | B63669 |

    **B.    COLLAZO Jr. Makes Admissions During a Mirandized Interview**

17. Based on my review of LASD reports and body-worn footage, I know that Deputies Galindo and Hernandez conducted Mirandized interviews of COLLAZO Jr. and R.T. COLLAZO Jr. and R.T. each waived their Miranda rights and agreed to speak to the deputies. In sum and substance, and part only, COLLAZO Jr. and R.T. told deputies the following:

    a.    When Deputy Galindo asked COLLAZO Jr. if the Glock pistol belonged to R.T., COLLAZO Jr. said, "That was mine."

    b.    When asked if the Glock pistol was registered to him, COLLAZO Jr. responded that he cannot register firearms because he is a convicted felon.

    c. When Deputy Hernandez asked R.T. about the Glock pistol and the AK-style rifles, R.T. denied knowledge of the firearms.

  18. Based on law enforcement databases, R.T. has no felony convictions.  R.T. was released without charges following the LASD investigation.  COLLAZO Jr. was arrested.

  **C. COLLAZO Jr. Is a Convicted Felon**

  19. Based on my review of certified conviction records and a criminal-history report for COLLAZO Jr., I know that COLLAZO Jr. has had the following criminal convictions, among others:

    a. On or about March 25, 2019, COLLAZO Jr. was convicted of possession of a controlled substance for sale in violation of California Health & Safety Code § 11378, a felony, in the Superior Court of the State of California, County of Los San Diego, in case number CS305932.

    b. On or about March 6, 2023, COLLAZO Jr. was convicted of felon in possession of a firearm/ammunition in violation of California Penal Code § 29800(a)(1), a felony, in the Superior Court of the State of California, County of Los Angeles, in case number LAXSA10771001.

    c. On or about July 19, 2023, COLLAZO Jr. was convicted of felon in possession of a firearm/ammunition in violation of California Penal Code § 29800(a)(1), in the Superior Court of the State of California, County of Los Angeles, in case number LACBA51626001.

    d. On or about July 1, 2024, COLLAZO Jr. was convicted of post release community supervision violation in

violation of California Penal Code 3455(a), in the Superior Court of the State of California, County of Angeles, in case number 24CAPR01838-01.

### D. The Pistol Traveled in Interstate or Foreign Commerce

20. Based on my conversations with law enforcement and review of ATF records, on October 1, 2025, an ATF special agent reviewed photos of the Glock pistol recovered from COLLAZO Jr. and then drafted a report. The agent concluded that the firearm was not manufactured in the state of California. Therefore, to have been recovered in California, the firearm must have moved in and/or affected interstate or foreign commerce.

### V. CONCLUSION

21. For all of the reasons described above, I respectfully submit that there is probable cause to believe that COLLAZO Jr. has committed a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of Firearms.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this  9th   day of October, 2025.

_____
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE